IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FELIX JEROME SOLOMON, <br> AIS 307044, <br><br> Petitioner, <br><br> v. <br><br> GEORGE EDWARDS, *et al.*, <br><br> Respondents. | ) <br> ) <br> ) <br> ) <br> ) <br> )  Case No. 2:19cv849-WHA-CWB <br> )           (WO) <br> ) <br> ) <br> ) <br> ) |

## ORDER

On August 23, 2022, the Magistrate Judge filed a Recommendation (Doc. 19) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

(1)  The Recommendation (Doc. 19) is ADOPTED; and

(2)  This case is DISMISSED with prejudice.

A separate final judgment will be entered.

DONE this 14th day of October, 2022.

                            /s/ W. Harold Albritton
                            W. HAROLD ALBRITTON
                            SENIOR UNITED STATES DISTRICT JUDGE